

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00064-CR

KHYREE CARSON                                                     APPELLANT

V.

THE STATE OF TEXAS                                             STATE

----------

### FROM THE 431ST DISTRICT COURT OF DENTON COUNTY
### TRIAL COURT NO. F-2014-0376-F

----------

## CONCURRING MEMORANDUM OPINION[1]

----------

I respectfully disagree with the majority's conclusion that the holdings of *Alford* are inapplicable here because in *Alford* the trial court accepted Alford's guilty plea, while the trial court here rejected Carson's guilty plea. On the contrary, I believe *Alford* could—and perhaps should—factor into a trial court's proper exercise of discretion in deciding whether to accept or reject a guilty plea

---
[1]*See* Tex. R. App. P. 47.4.

after a defendant has claimed that he did not commit the offense.  Nevertheless,

I agree with the result reached.

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  February 4, 2016